## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RLI INSURANCE COMPANY                                                                PLAINTIFF

V.                                         4:15CV00504 JM

CO-BAR CONTRACTING, INC., BOBBY
TANKERSLEY; MARY TANKERSLEY,
CHARLES TANKERSLEY, and
SHARON TANKERSLEY                                                                    DEFENDANTS

## DEFAULT JUDGMENT

Plaintiff served Defendant Sharon Tankersley with summons on November 23, 2015. (ECF No. 13).[1] Plaintiff served Defendant Charles Tankersley with summons on December 3, 2015. (ECF No. 14). These defendants have not filed an Answer or any other entry of appearance to date. A Clerk's Entry of Default was filed as to each of these defendants on January 6, 2016.

Pursuant to Rule 55(b)(2), the Plaintiff's Motion for Default Judgment (ECF No. 24) is GRANTED. Judgment is hereby entered in favor of the Plaintiff and against Defendants Sharon Tankersley and Charles Tankersley, jointly and severally, in the amount of $726,121.54.

IT IS SO ORDERED this 25th day of February, 2016.

_____
James M. Moody Jr.
United States District Judge

---

[1] Service was accepted by Sharon Tankersley's mother at the defendant's address.